**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff(s)

        vs                  :           Case No: 3:09cr057

ERIC ADAMS,

        Defendant(s)

-----------------------------------------------------------------------------
**ENTRY DISMISSING INFORMATION**
-----------------------------------------------------------------------------

Pursuant to the plea agreement, and defendant having pled guilty in 3:09cr125, the captioned case is DISMISSED without prejudice.

August 24, 2009

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT